July 31, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 03 2015

CHRISTOPHER A. PRINE
CLERK_____

First Court of Appeals

301 Fannin Street

Houston, TX 77002-2066

RE: Court of Appeals No. 01-15-00413-CV
     Trial Court Case No. 81239-I

STYLE: Boykin V. C. Tauss, L. Ruzicka, & F. Rangel; Members of
        the TX Board of Paroles; In their Individual Capacities.

Dear Clerk:

On June 23, 2015; this clerk's office issued a NOTICE to the Brazoria County District Clerk's Office to forward the trial Court clerk's record on Appellant's indigence status to the First Court of Appeals clerk's office — due no later than July 23, 2015

As of today — July 31, 2015; I have not received any verification that the trial Court Clerk's office has complied with the Appeals Court Clerk's notice. My statutory right to an Appeal in this cause number has been impeded by the trial Court Clerk's refusal to comply with this Court's notice.

Any assistance this Clerk's office may provide with having my Appeal submitted to the First Court of Appeals for Appellate Review would be greatly appreciated.

Sincerely,

John Henry Boykin

Page 1 of 1

John H. Boykin #1397772
Ramsey Unit, 1100 FM 655
Rosharon, TX 77583

MAIL RECEIVED

NORTH HOUSTON TX 773

31 JUL 2015 PM 5 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 0 3 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals First District
301 Fannin Street
Houston, TX 77002-2066

77O2206699

FOREVER
USA